MN-305

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 OCT 22 PM 3:12
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    Erik David Holmes
Chapter 7 Case No.    09-36629

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA NA<br>C/O Creditors Bky Svc<br>P.O. Box 740933<br>Dallas, TX 75374 | 3 | 62.09 | 0.96 |

Date:    October 15, 2010

_____
Trustee